IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DELBERT MARION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 05-241-GPM |
| | ) |
| **THE CITY OF EAST ST. LOUIS,** | ) |
| **ILLINOIS, THE CITY OF EAST ST.** | ) |
| **LOUIS CITY COUNCIL, CHARLIE** | ) |
| **POWELL, EDDIE JACKSON,** | ) |
| **ED RUSSELL, ROBERT STORMAN,** | ) |
| **RONALD MATTHEWS, and** | ) |
| **MARION HUBBARD,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

**MURPHY, Chief District Judge:**

The Court having been advised by counsel for Defendants that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed with prejudice, without costs, and with the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the Clerk of Court serve copies of this Order upon the attorneys of record for the parties appearing in this cause.

**IT IS SO ORDERED.**

DATED: 3/21/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge