**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DELBERT MARION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No.  05-241-GPM** |
| ) | |
| **CITY OF EAST ST. LOUIS, IL, CITY** ) | |
| **OF EAST ST. LOUIS CITY COUNCIL,** ) | |
| **CHARLIE POWELL, EDDIE** ) | |
| **JACKSON, ED RUSSELL, ROBERT** ) | |
| **STORMAN, RONALD MATTHEWS,** ) | |
| **and MARION HUBBARD,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff and Defendants, that this action

has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the

parties, this action is **DISMISSED with prejudice** pursuant to Order filed March 21, 2006, each

party to bear their own costs.

Dated: June 29, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
                Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**